PRETEC ELECTRONICS CORPORATION
Attn: Tommy Ho, Operation Manager
46791 Fremont Blvd.
Fremont, CA 94538
Telephone: 510-440-0535

Attorneys for Defendant PRETEC ELECTRONICS
CORPORATION, Pro Per

ORIGINAL FILED
06 OCT 20 AM 11:45
RICHARD W. WIEKING
U.S. DISTRICT CLERK
NO. DIST. COURT
S.J.

FILED
NOV 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>PRETEC ELECTRONICS CORPORATION, a California corporation; and C-ONE TECHNOLOGY CORPORATION, a Taiwan corporation,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | Case No. C-06-4679 JF (HRL)<br><br>**DEFENDANT PRETEC ELECTRONICS CORPORATION AND C-ONE TECHNOLOGY CORPORATION'S MOTION TO CHANGE TIME**<br><br>CMC 12/1/06 |

PRETEC ELECTRONICS CORPORATION and C-ONE TECHNOLOGY CORPORATION move for an order extending the deadline for the INITIAL CASE MANAGEMENT CONFERENCE (CMC) on 11/29/2006. Pretec and C-One have other litigations pending in the United States. The attorneys of Pretec and C-One have just filed a motion to withdraw as counsel and that motion was granted by the court. The court further ordered Pretec and C-One to assign replacement counsel. Pretec and C-One have not yet obtained new counsel and are seeking new attorney aggressively. Accordingly, to avoid prejudice to Pretec and C-One and to allow Pretec and C-One sufficient opportunity to retain a counsel, Pretec and

Case No. C-06-4679 JF (HRL)

1  C-One respectfully request a 60 days extension of the current initial case management conference.
2  If this request is denied, Pretec and C-One will lose the opportunity to obtain a proper counsel
3  and will not be represented in this case.
4      For all of the aforementioned reasons, Pretec and C-One respectfully request a 60 days
5  extension of the current initial case management conference deadline.

6  *Case Management Conference is Cont to 2/2/07 @ 10:30*

7                                    Respectfully submitted,

8  Dated: Oct **19**, 2006          PRETEC ELECTRONICS CORPORATION

9                                    By: *Tommy Ho*
10                                       Tommy Ho, Operation Manager of Pretec

11                               C-ONE TECHNOLOGY CORP.

12                               By: *Gordon Yu*
13                                   Gordon Yu, President of C-One

14
15
16  *It is so ordered.*
17
18  *10/31/06*                                   _____
19                                        JUDGE JEREMY FOGEL

20
21
22
23
24
25
26
27
28

                                                              Case No. C-06-4679 HRL