Meredith Martin Addy (*Pro Hac Vice*)
Janet A. Pioli (*Pro Hac Vice*)
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611
Telephone:   (312) 321-4200
Facsimile:    (312) 321-4299

Attorneys for Defendant
MARGI SYSTEMS, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTICON TECHNOLOGIES, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> PRETEC ELECTRONICS CORPORATION, et al., <br><br> Defendants. | No. 5:06-cv-04679-JF <br><br> **(Proposed)** <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* <br><br> **MEREDITH MARTIN ADDY** |

Meredith Martin Addy, an active member in good standing of the bar of the Supreme Court of Illinois, whose business address and telephone number is:

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Phone:  (312) 321-4200

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Margi Systems, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice.*  Service of papers upon and communication with co-counsel designed in

1  the application will constitute notice to the party.  All future filings in this action are
2  subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.
3
4  Dated: ___12/4/06_____    By: _____
5                                          Howard R. Lloyd
                                        United States Magistrate Judge
6                                       JEREMY FOGEL
7                                       UNITED STATES DISTRICT COURT

ORDER GRANTING ADDY PRO HAC VICE
C 06-4679 JF
- 2 -
BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299