| | |
|---|---|
| Meredith Martin Addy (*Pro Hac Vice*)<br>Janet A. Pioli (*Pro Hac Vice*)<br>BRINKS HOFER GILSON & LIONE<br>NBC Tower - Suite 3600<br>455 North Cityfront Plaza Drive<br>Chicago, Illinois  60611<br>Telephone:   (312) 321-4200<br>Facsimile:    (312) 321-4299<br><br>Attorneys for Defendant<br>MARGI SYSTEMS, INC. | *efiled 12/12/06 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTICON TECHNOLOGIES, LLC.,<br><br>     Plaintiff,<br><br>vs.<br><br>PRETEC ELECTRONICS<br>CORPORATION, et al.,<br><br>     Defendants. | No.  5:06-cv-04679-JF<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE*<br><br>JANET A. PIOLI** |

    Janet A. Pioli, an active member in good standing of the bar of the Supreme Court of Illinois, whose business address and telephone number is:

> BRINKS HOFER GILSON & LIONE
> NBC Tower – Suite 3600
> 455 N. Cityfront Plaza Drive
> Chicago, Illinois  60611-5599
> Phone:  (312) 321-4200

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Margi Systems, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice.*  Service of papers upon and communication with co-counsel designed in

1  the application will constitute notice to the party.  All future filings in this action are
2  subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.
3
4  Dated: __12/4/06_____        By: _____
5                                         ~~Howard R. Lloyd~~  Jeremy Fogel
                                        United States ~~Magistrate~~ Judge
6                                                District

7

ORDER GRANTING PIOLI PRO HAC VICE        - 2 -
C 06-4679 JF

BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299