**E-filed 2/5/07**

ROBERT J. YORIO (SBN 93178)
ryorio@carrferrell.com
COLBY B. SPRINGER (SBN 214868)
cspringer@carrferrell.com
CHRISTINE S. WATSON (SBN 218006)
cwatson@carrferrell.com
CARR & FERRELL *LLP*
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for Plaintiff and Counter-Defendant
ACTICON TECHNOLOGIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PRETEC ELECTRONICS CORP., a California corporation; C-ONE TECHNOLOGY CORPORATION, a foreign corporation; CNET TECHNOLOGY CORP., a California corporation; CNET TECHNOLOGY, INC., a foreign corporation; and MACE GROUP, INC., d/b/a MACALLY PERIPHERALS, INC., a California corporation, and MARGI SYSTEMS, INC., a California corporation,<br><br>        Defendants. | CASE NO. C 06 4679 JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT MARGI SYSTEMS, INC.** |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff and Counter-Defendant ACTICON TECHNOLOGIES LLC and Defendant and Counter-Claimant MARGI SYSTEMS, INC. ("Margi") hereby stipulate to a dismissal with prejudice of the Complaint, with respect to Defendant MARGI only, and the MARGI Counterclaim, pursuant to the provisions of Fed. R. Civ. P. 41(a)(2). The parties further agree to bear their own

///

attorneys' fees and costs of suit incurred herein.

    IT IS SO STIPULATED.

Dated: January 31, 2007                    CARR & FERRELL *LLP*

By: /s/ Christine S. Watson
    ROBERT J. YORIO
    COLBY B. SPRINGER
    CHRISTINE S. WATSON

    Attorneys for Plaintiff and Counter-Defendant
    ACTICON TECHNOLOGIES LLC

Dated: January 31, 2007                    BRINKS HOFER GILSON & LIONEE

By: /s/ Janet Pioli
    JANET PIOLI

    Attorneys for Defendant and Counter-Claimant
    MARGI SYSTEMS, INC.

### **ORDER**

    Based on the parties' stipulation and for good cause shown, the Complaint is dismissed with prejudice against Defendant MARGI SYSTEMS, INC. and the Counterclaim of MARGI SYSTEMS, INC. is dismissed in its entirety. The parties are to bear their own attorneys' fees and costs of suit incurred herein.

    IT IS SO ORDERED.

Dated: __2/5_____, 2007          By: _____
    HON. JEREMY FOGEL
    UNITED STATES DISTRICT JUDGE