**E-filed 3/27/07**

MICHAEL J. BETTINGER (STATE BAR NO. 122196)
CHIEN-WEI CHOU (STATE BAR NO. 166798)
ANUP TIKKU (STATE BAR NO. 184612)
K&L GATES
55 Second Street, Suite 1700
San Francisco, CA 94105
Phone: (415) 882-8200
Fax: (415) 882-8220
mike.bettinger@klgates.com
chris.chou@klgates.com
anup.tikku@klgates.com

Attorneys for Defendants, Counterclaimants
CNET TECHNOLOGY CORP.,
CNET TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ACTICON TECHNOLOGIES LLC,<br><br>                           Plaintiff,<br><br>  v.<br><br>PRETEC ELECTRONICS CORP.; C-ONE TECHNOLOGY CORP.; CNET TECHNOLOGY CORP.; CNET TECHNOLOGY, INC.; MACE GROUP, INC.; MACALLY PERIPHERALS, INC.; and MARGI SYSTEMS, INC.,<br><br>                           Defendants. | Case No. C 06-4679 JF (HRL)<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO EXTEND TIME TO COMPLETE PRIVATE MEDIATION** |
| CNET TECHNOLOGY CORP.; CNET TECHNOLOGY, INC.,<br><br>                           Counterclaimants,<br><br>  v.<br><br>ACTICON TECHNOLOGIES LLC,<br><br>                           Counterdefendant. | |

Subject to the approval of the Court, the parties to this action, ACTICON TECHNOLOGIES LLC, and CNET TECHNOLOGY CORP. and CNET TECHNOLOGY, INC. by and through their respective counsel, hereby request and stipulate to continue the deadline for the completion of private mediation.

WHEREAS, the Court's Order Selecting ADR Process requires that the parties complete private mediation by April 17, 2007;

WHEREAS, due to scheduling conflicts, the parties have not been able to secure a date with Mediator Ian Feinberg before the April 17, 2007 deadline;

WHEREAS, the parties have secured a date with Mediator Ian Feinberg on May 17, 2007;

WHEREAS, granting this continuance of the mediation date will not impact any other dates set out in the Court's Scheduling Order;

Accordingly, the parties request that the April 17, 2007 deadline for completing private mediation be continued to May 18, 2007.

IT IS SO ORDERED.

Dated:____3/27/07_____        _____
                                        Hon. ~~Howard R. Lloyd~~ Jeremy Fogel
                                        ~~Magistrate~~ Judge, United States District Court
                                        District Court

APPROVED AS TO FORM:

DATED:   March 20, 2007        KIRKPATRICK & LOCKHART PRESTON
                               GATES ELLIS LLP


                               By_____/s/_____
                                   Michael J. Bettinger
                                 Attorneys for Defendants, Counterclaimants
                                  CNET TECHNOLOGY CORP., and
                                  CNET TECHNOLOGY, INC

DATED:   March 19, 2007        LAW OFFICES OF CARR & FERRELL LLP


                               By_____/s/_____
                                   Robert J. Yorio
                                 Attorneys for Plaintiff and Counter-Defendant
                                  ACTICON TECHNOLOGIES LLC