1  ROBERT J. YORIO (SBN 93178)
   ryorio@carrferrell.com
2  COLBY B. SPRINGER (SBN 214868)
   cspringer@carrferrell.com
3  CHRISTINE S. WATSON (SBN 218006)
   cwatson@carrferrell.com
4  CARR & FERRELL *LLP*
   2200 Geng Road
5  Palo Alto, California 94303
   Telephone: (650) 812-3400
6  Facsimile:  (650) 812-3444

7  Attorneys for Plaintiff
   ACTICON TECHNOLOGIES LLC
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  ACTICON TECHNOLOGIES LLC,            CASE NO. C 06-4679 JF (HRL)

14              Plaintiff,               STIPULATION AND ORDER
                                         CONTINUING CLAIM CONSTRUCTION
15       v.                              HEARING AND BRIEFING SCHEDULE

16  PRETEC ELECTRONICS CORP., a California
    corporation; C-ONE TECHNOLOGY
17  CORPORATION, a foreign corporation; CNET
    TECHNOLOGY CORP., a California
18  corporation; CNET TECHNOLOGY, INC., a
    foreign corporation; and MACE GROUP, INC.,
19  d/b/a MACALLY PERIPHERALS, INC., a
    California corporation, and MARGI SYSTEMS,
20  INC., a California corporation,

21              Defendants.

22
    AND RELATED COUNTERCLAIMS.
23

24       Plaintiff Acticon Technologies LLC and Defendants CNet Technology Corp and CNet

25  Technology, Inc. (collectively "CNet defendants") are attempting to settle the claims in the above-

26  referenced action against the CNet defendants and, to that end, have scheduled a Mediation to take

27  place on May 17, 2007.  Said parties have agreed to devote their time and resources to that

28  mediation process, and have agreed, subject to the Court's approval, to continue the Claim

Construction Hearing in this matter, and the related briefing schedule, for a sufficient time to enable them to proceed with the Mediation.

**IT IS THEREFORE STIPULATED** by and between plaintiff Acticon Technologies and the CNet defendants that the Claim Construction schedule in this action shall be continued and reset as follows:

| Event | Due Date |
| --- | --- |
| Joint Claim Construction and Prehearing Statement | June 12, 2007 |
| Acticon's Opening Claim Construction Brief | June 26, 2007 |
| CNet Defendants Responsive Claim Construction Brief | July 10, 2007 |
| Acticon's Reply Brief | July 17, 2007 |
| Claim Construction Hearing | July 26, 2007 |

Dated: May 1, 2007

CARR & FERRELL *LLP*

By: _____
ROBERT J. YORIO
COLBY B. SPRINGER
CHRISTINE S. WATSON

Attorneys for Plaintiff
ACTICON TECHNOLOGIES LLC

**SO STIPULATED.**

Dated: May 1, 2007

K & L GATES

By: _____
MICHAEL BETTINGER

Attorneys for Defendants
CNET TECHNOLOGY CORP. and
CNET TECHNOLOGY, INC.

**SO ORDERED.**

Dated: ___5/2___, 2007

By: _____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE